DARYL S. LANDY, State Bar No. 136288
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
Email: dlandy@morganlewis.com

STEPHEN L. TAEUSCH, State Bar No. 247708
REBECCA LICHT JENSEN, State Bar No. 267752
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
Email: staeusch@morganlewis.com
       rjensen@morganlewis.com

Attorneys for Defendant
COMCAST CABLE COMMUNICATIONS
MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEAR CONNECTION CORPORATION, a California Corporation,<br><br>         Plaintiff,<br><br>    vs.<br><br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, a Delaware limited liability company; and DOES 1 through 30, inclusive,<br><br>         Defendants. | Case No. 2:12-cv-02910-JAM-DAD<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT COMCAST TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>United States District Judge John A. Mendez |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING EXTENSION OF
TIME FOR DEFENDANT COMCAST TO RESPOND
TO PLAINTIFF'S COMPLAINT
(CASE NO. 2:12-CV-02910-JAM-DAD)

    Upon due consideration of the parties' Stipulation to Extend Time for Defendant Comcast to Respond to Plaintiff's Complaint and finding good cause therefore,

    IT IS HEREBY ORDERED that Defendant Comcast Cable Communications Management, LLC, shall respond to Plaintiff's Complaint on or before January 18, 2013.

Dated: 1/3/2013

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

1

[PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT COMCAST TO RESPOND TO PLAINTIFF'S COMPLAINT
(CASE NO. 2:12-CV-02910-JAM-DAD)