RADOSLOVICH | KROGH, PC
FRANK M. RADOSLOVICH  SBN: 161457
Email:  frank@radlegal.com
MEGAN A. SHAPIRO         SBN: 270445
Email: megan@radlegal.com
KRISTINE M. SCRIBNER    SBN: 269702
Email: kristine@radlegal.com
701 University Avenue, Suite 100
Sacramento, CA 95825
Telephone:  (916) 565-8161
Facsimile:  (916) 565-8170

Attorneys for Plaintiff and Counterdefendant
CLEAR CONNECTION CORPORATION, and Counterdefendants
CLEAR CONNECTION, LLC, and KURK MOODY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEAR CONNECTION CORPORATION, a California corporation,<br><br>   Plaintiff,<br><br>v.<br><br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, a Delaware limited liability company; and DOES 1 through 30, inclusive,<br><br>   Defendants.<br><br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, a Delaware Limited Liability Company,<br><br>   Counterclaimant,<br><br>v.<br><br>CLEAR COMMUNICATION CORPORATION, a California Corporation, CLEAR CONNECTION, LLC, an Arizona Limited Liability Company, EUGENE STANLEY, an Individual, and KURK MOODY, an Individual,<br><br>   Counterdefendants. | Case No.:  2:12-CV-02910-TLN-DAD<br><br>**ORDER MODIFYING STATUS (PRE-TRIAL SCHEDULING) ORDER**<br><br>**Honorable Judge Troy L. Nunley** |

1

**ORDER MODIFYING STATUS (PRE-TRIAL SCHEDULING) ORDER**

This Court, upon the Stipulation of Plaintiff and Counterdefendant Clear Connection Corporation and Counterdefendants Clear Connection, LLC, and Kurk Moody (collectively, "Counterdefendants") and Defendant and Counterclaimant Comcast Cable Communications Management, LLC ("Comcast"), and good cause appearing, hereby makes the following modification to the Status (Pre-trial Scheduling) Order, Document No. 12:

<u>Disclosure of Expert Witnesses</u>

The Parties shall make expert witness disclosures under Fed. R. Civ. P. 26(a)(2) by **October 14, 2013**. Supplemental disclosure and disclosure of any rebuttal experts under Fed. R. Civ. P. 26(a)(2)(c) shall be made by **October 21, 2013**. The Parties stipulate that the written report required pursuant to Fed. R. Civ. P. 26(a)(2)(B) will not be required to accompany the initial expert witness disclosure under Fed. R. Civ. P. 26(a)(2). Instead, the Parties will continue to meet and confer regarding the deadline for production of any expert witness reports pursuant to Fed. R. Civ. P. 26(a)(2)(B).

Dated: September 13, 2013

Troy L. Nunley
United States District Judge