UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEAR CONNECTION CORPORATION, a California Corporation<br><br>                Plaintiff,<br><br>   vs.<br><br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, a Delaware limited liability company; and DOES 1 through 30, inclusive,<br><br>                Defendants.<br><br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, a Delaware limited liability company,<br><br>                Counterclaimant,<br><br>   vs.<br><br>CLEAR CONNECTION CORPORATION, a California corporation, CLEAR CONNECTION, LLC, an Arizona limited liability company, and KURK MOODY, an individual,<br><br>                Counterdefendants. | Case No. 2:12-cv-02910-TLN-DAD<br><br>**ORDER STAYING DISCOVERY AND VACATING CASE DEADLINES PENDING THE COURT'S RULING ON COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC'S MOTION FOR JUDGMENT ON THE PLEADINGS** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ORDER STAYING DISCOVERY AND VACATING
CASE DEADLINES
Case No. 2:12-cv-02910-TLN-DAD

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The Court, having reviewed and considered the parties' Joint Stipulation to Stay Discovery and Vacate Case Deadlines (the "Stipulation"), finds good cause appearing to avoid the potentially unnecessary expenditure of the parties' and the Court's resources, and therefore hereby orders as follows:

1. All current case deadlines, including the April 21, 2013 trial date, are vacated;

2. Discovery is stayed pending this Court's ruling on Plaintiff and Counterclaimant Comcast Cable Communications Management, LLC's Motion for Judgment on the Pleadings (the "Motion") (Dkt. No. 30), at which time the stay shall be deemed lifted. This discovery stay encompasses any written discovery already served. Following the Court's ruling on the Motion, depositions noticed as of the date of the Stipulation but not yet taken, to the extent still needed, shall have priority over depositions not yet noticed as of that date, and the stay on written discovery, including pending written discovery responses, shall also be lifted immediately.

3. To the extent discovery resumes, the deadline for the parties to complete all non-expert discovery shall be sixty (60) days following the Court's ruling on the Motion.

4. The Court shall set a Scheduling Conference following its ruling on the Motion to re-schedule the trial date and pre-trial deadlines, if possible within fourteen (14) days of its ruling, or as soon thereafter as the Court is available.

**IT IS SO ORDERED**.

Dated: October 2, 2013

Troy L. Nunley
United States District Judge

1

ORDER STAYING DISCOVERY AND
VACATING CASE DEADLINES
Case No. 2:12-cv-02910-TLN-DAD

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO