UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEAR CONNECTION CORPORATION, a California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, a Delaware limited liability company; and DOES 1 through 30, inclusive,<br><br>Defendants. | Case No. 2:12-cv-02910-TLN-DAD<br><br>**ORDER RE: BRIEFING SCHEDULE AND HEARING DATE ON PENDING MOTIONS FOR JUDGMENT ON THE PLEADINGS** |
| COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, a Delaware limited liability company,<br><br>Counterclaimant,<br><br>vs.<br><br>CLEAR CONNECTION CORPORATION, a California corporation, CLEAR CONNECTION, LLC, an Arizona limited liability company, and KURK MOODY, an individual,<br><br>Counterdefendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The Court, having reviewed and considered the parties' Joint Stipulation re: Briefing Schedule and Hearing Date on Pending Motions for Judgment on the Pleadings (the "Stipulation"), finding good cause appearing, hereby orders as follows:

1. The hearings on Comcast's Motion for Judgment on the Pleadings and on Clear Connection's Cross-Motion for Judgment on the Pleadings, both currently set for July 31, 2014 at 2:00 p.m., are continued to August 28, 2014 at 2:00 p.m.

2. Comcast's deadline to respond to Clear Connection's Cross-Motion for Judgment on the Pleadings shall be August 14, 2014.

3. The Parties' reply briefs in support of their respective motions shall be due on August 21, 2014.

**IT IS SO ORDERED**.

Dated: July 22, 2014

_____
Troy L. Nunley
United States District Judge