1  DARYL S. LANDY, State Bar No. 136288
   MORGAN, LEWIS & BOCKIUS LLP
2  600 Anton Boulevard
   Suite 1800
3  Costa Mesa, CA  92626
   Tel:  714.830.0600
4  Fax:  714.830.0700
   Email:  daryl.landy@morganlewis.com
5
   (Additional counsel listed on following page)
6

7  Attorneys for Defendant and Counterclaimant
   COMCAST CABLE COMMUNICATIONS
8  MANAGEMENT, LLC

9
                    UNITED STATES DISTRICT COURT
10
                    EASTERN DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| 12  CLEAR CONNECTION CORPORATION, a California Corporation | Case No. 2:12-cv-02910-TLN-CKD |
| 13                     Plaintiff, | **STIPULATION AND ORDER RE EXTENSION OF DISCOVERY DEADLINE** |
| 14        vs. | |
| 15  COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, a Delaware limited liability company; and DOES 1 through 30, inclusive, | |
| 18                    Defendants. | |
| 19  COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, a Delaware limited liability company, | First Amended Complaint Filed:   December 24, 2013 |
| 21                    Counterclaimant, | Complaint Filed:   August 6, 2012 |
| 22        vs. | Trial Date:          July 17, 2017 |
| 23  CLEAR CONNECTION CORPORATION, a California corporation, CLEAR CONNECTION, LLC, an Arizona limited liability company, EUGENE STANLEY, an individual, and KURK MOODY, an individual, | |
| 26                    Counterdefendants. | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. 2:12-CV-02910-TLN-CKD
STIPULATION AND ORDER RE
EXTENSION OF DISCOVERY DEADLINE

```
 1  BRIAN C. ROCCA, State Bar No. 221576
    NITIN JINDAL, State Bar No. 257850
 2  CAITLIN V. MAY, State Bar No. 293141
    KATIE R. GLYNN, State Bar No. 300524
 3  MORGAN, LEWIS & BOCKIUS LLP
    One Market, Spear Street Tower
 4  San Francisco, CA  94105-1126
    Tel:  415.442.1000
 5  Fax:  415.442.1001
    Email:  brian.rocca@morganlewis.com
 6          nitin.jindal@morganlewis.com
            cmay@morganlewis.com
 7          katie.glynn@morganlewis.com

 8  Attorneys for Defendant and Counterclaimant
    COMCAST CABLE COMMUNICATIONS
 9  MANAGEMENT, LLC

10  RADOSLOVICH | PARKER TURNER, PC
    Frank M. Radoslovich, SBN 161457
11  Joseph F. Klatt, SBN 258110
    Megan A. Shapiro, SBN 270445
12  701 University Avenue, Suite 100
    Sacramento, CA 95825
13  Telephone: (916) 565-8161
    Facsimile: (916) 565-8170
14
    Attorneys for Plaintiff and Counterdefendant
15  CLEAR CONNECTION CORPORATION
    and Counterdefendants CLEAR CONNECTION, LLC
16   and KURK MOODY
```

Defendant and Counterclaimant Comcast Cable Communications Management, LLC ("Comcast"), Plaintiff and Counterdefendant Clear Connection Corporation, and Counterdefendants Clear Connection, LLC and Kurk Moody (collectively, "Clear Connection") by and through their respective counsel of record, hereby submit the following stipulation and proposed order regarding a limited extension of the fact discovery deadline in this action pursuant to Local Rule 144(a).  As set forth below, the requested extension will not impact any other case deadlines.

**BRIEF JOINT STATEMENT**

Comcast and Clear Connection (the "Parties") have been engaged in fact discovery in this action, but both agree that the process, particularly the scheduling of depositions, including third-

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

CASE NO. 2:12-CV-02910-TLN-CKD
STIPULATION AND  ORDER RE
EXTENSION OF DISCOVERY DEADLINE

party depositions, is taking longer than previously expected.  There is a pending motion to compel filed by Comcast along with a Joint Statement by the Parties regarding certain outstanding discovery issues.  A hearing is set for next week on the Magistrate Judge's calendar for 10:00 a.m. on July 27, 2016.  The Court's guidance on these issues should not only assist the parties in resolving the subjects of the motion, but may allow the parties to informally resolve other issues in the spirit of the Court's decision.

The Parties agree that the prospects of conducting this litigation more efficiently will be materially increased by extending the fact discovery deadline set in this Court's May 18, 2016 Pretrial Scheduling Order for the limited purposes of taking and defending depositions and completing any other motion practice relating to discovery disputes.  The Parties further agree that extending the discovery deadline for these limited purposes will help to accommodate party and non-party witness scheduling conflicts during the summer season.  Finally, the Parties agree that extending the discovery deadline will not affect any of the other deadlines set forth in the Court's May 18, 2016 Pretrial Scheduling Order.

**STIPULATION**

THEREFORE, the Parties, by and through their respective counsel of record, hereby stipulate, subject to Court approval, as follows:

1. The deadline to complete all fact discovery shall be extended for a period of five (5) weeks, up through and including September 16, 2016.

2. The extension period shall be used for the limited purposes of providing the parties sufficient time to schedule depositions of party and third-party witnesses; and completing any necessary motion practice related to discovery disputes.

3. All other deadlines ordered by the Court in its May 18, 2016 Pretrial Scheduling Order shall remain the same.

/ / /

/ / /

/ / /

1    **IT IS SO ORDERED.**

Dated: July 28, 2016

                                                Troy L. Nunley
                                                United States District Judge

Stipulated to and approved by:

Dated: July 21, 2016            MORGAN, LEWIS & BOCKIUS LLP
                                       BRIAN C. ROCCA

By   */s/ Brian Rocca*
      Brian C. Rocca

Attorney for Defendant and Counterclaimant
COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC

Dated: July 21, 2016            RADOSLOVICH PARKER TURNER, PC
                                       JOSEPH F. KLATT

By   */s/ Joseph Klatt* (as authorized on 7/21/2016)
      Joseph F. Klatt

Attorneys for Plaintiff and Counterdefendant
CLEAR CONNECTION CORPORATION