RADOSLOVICH | PARKER | TURNER, PC
Frank M. Radoslovich  SBN 161457
Email: frank@rptlaw.com
Joseph F. Klatt        SBN 258110
Email: joseph@rptlaw.com
Ryan Maas              SBN 243498
Email: ryan@rptlaw.com
701 University Avenue, Suite 100
Sacramento, CA 95825
Telephone:  (916) 565-8161
Facsimile:  (916) 565-8170

(Additional Counsel listed on following page)

Attorneys for Plaintiff and Counter-defendants
CLEAR CONNECTION CORPORATION, et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEAR CONNECTION CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, a Delaware limited liability company; and DOES 1 through 30, inclusive,<br><br>Defendants.<br><br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, a Delaware limited liability company,<br><br>Counterclaimant,<br><br>v.<br><br>CLEAR CONNECTION CORPORATION, a California corporation, CLEAR CONNECTION, LLC, an Arizona Limited company, EUGENE STANLEY, an individual, and KURK MOODY, an individual,<br><br>Counterdefendants. | Case No.:  2:12-CV-02910-TLN-DB<br><br>**STIPULATION AND ORDER RE EXTENSION OF EXPERT DISCOVERY DEADLINE**<br><br>**First Amended<br>Complaint Filed:    December 24, 2013**<br><br>**Complaint Filed:      August 6, 2012** |

1

**STIPULATION AND ORDER RE EXTENSION OF EXPERT DISCOVERY DEADLINE**

DARYL S. LANDY, State Bar No. 136288
MORGAN, LEWIS & BOCKIUS LLP
600 Anton Boulevard, Suite 1800
Costa Mesa, CA  92626
Tel:  714.830.0600
Fax:  714.830.0700
Email:  daryl.landy@morganlewis.com

BRIAN C. ROCCA, State Bar No. 221576
SUJAL J. SHAH, State Bar No. 215230
NITIN JINDAL, State Bar No. 257850
CAITLIN V. MAY, State Bar No. 293141
KATIE R. GLYNN, State Bar No. 300524
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
Email:  brian.rocca@morganlewis.com
        sujal.shah@morganlewis.com
        nitin.jindal@morganlewis.com
        cmay@morganlewis.com
        katie.glynn@morganlewis.com

Attorneys for Defendant and Counterclaimant,
COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC

Plaintiff and Counterdefendant Clear Connection Corporation, and Counterdefendants Clear Connection, LLC and Kurk Moody (collectively, "Clear Connection"); and Defendant and Counterclaimant Comcast Cable Communications Management, LLC ("Comcast"), by and through their respective counsel of record, hereby submit the following stipulation and proposed order regarding a limited extension of the expert disclosure and report deadline in this action pursuant to Local Rule 144.  As set forth below, the requested extension will not impact any other case deadlines.

## BRIEF JOINT STATEMENT

The parties to this action have been actively engaged in written discovery and depositions of both party and non-party witnesses.  The parties previously stipulated to, and the Court entered an order, extending the fact discovery cutoff from August 12, 2016 to September 16,

2016. (Dkt. # 81.) The parties appreciate the Court's accommodation, and both have utilized this extension to conduct additional factual discovery.

Due to the extension of fact discovery, the additional discovery conducted, and the schedules of their respective experts, the parties have agreed to extend the **expert disclosure deadline** in the Court's May 18, 2016 Scheduling Order (Dkt.#76) from **October 13, 2016** to **October 31, 2016**. Clear Connection has agreed to depose Comcast's expert witness on November 18, 2016 as part of this stipulation, and to accommodate his or her long-scheduled unavailability in December. The parties will exercise their best efforts to complete discovery according to the modified Scheduling Order.

Clear Connection reserves its rights to move for appropriate relief should the current schedule prove unworkable, although it doesn't anticipate that this will be the case. Comcast will oppose any further modification of the scheduling order.

### STIPULATION AND REQUEST FOR RELIEF

THEREFORE, the Parties, by and through their respective counsel of record, hereby stipulate, subject to Court approval, as follows:

1. The deadline to designate expert witnesses shall be extended from **October 13, 2016** to **October 31, 2016**.

2. All other deadlines ordered by the Court in its May 18, 2016 Pretrial Scheduling Order (Dkt. # 76) and as modified by previous fact discovery extension (Dkt. # 81) shall remain the same.

**IT IS SO ORDERED.**

Dated: September 9, 2016

_____
Troy L. Nunley
United States District Judge

Stipulated to and approved by:

Dated: September 9, 2016          RADOSLOVICH | PARKER | TURNER, PC
                                  RYAN J. MAAS


                                  /s/ *Ryan J. Maas*
                                  Attorney for Plaintiff and Counter-defendant,
                                  CLEAR CONNECTION CORPORATION


Dated: September 8, 2016          MORGAN, LEWIS & BROCKIUS, LLP
                                  SUJAL J. SHAH


                                  */s/ Sujal Shah* (as authorized on 9/8/16)
                                  Attorney for Defendant and Counterclaimant,
                                  COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC