1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEAR CONNECTION CORPORATION, a California Corporation,<br><br>    Plaintiff,<br>    v.<br><br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, a Delaware limited liability company; and DOES 1 through 30, inclusive,<br><br>    Defendants. | No. 2:12-cv-02910-TLN-DB<br><br>**ORDER RE COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC'S REQUEST TO SEAL DOCUMENTS** |
| COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, a Delaware limited liability company,<br><br>    Counterclaimant,<br>    v.<br><br>CLEAR CONNECTION CORPORATION, a California corporation, CLEAR CONNECTION, LLC, an Arizona limited liability company, and KURK MOODY, an individual,<br><br>    Counterdefendants. | |

Having read and considered Defendant Comcast Cable Communications Management, LLC's ("Comcast") Request to Seal Documents, the arguments therein, and the documents themselves, the Court finds compelling reasons to seal the unredacted version of Comcast's Expert Witness Disclosure and to authorize the public filing of a redacted version of Comcast's Expert Witness Disclosure.

IT IS HEREBY ORDERED that:

1. Comcast's Request to Seal Documents is GRANTED and the unredacted version of Comcast's Expert Witness Disclosure and the exhibits and appendices attached thereto shall be filed under seal.

2. Comcast is authorized to file in the public record a redacted version of Comcast's Expert Witness Disclosure and all exhibits and appendices attached thereto, and shall do so within seven (7) days from the date of this Order.

Dated: November 2, 2016

_____
Troy L. Nunley
United States District Judge