UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEAR CONNECTION CORPORATION, a California Corporation,<br>                Plaintiff,<br>vs.<br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, a Delaware limited liability company; and DOES 1 through 30, inclusive,<br>                Defendants. | Case No. 2:12-cv-02910-TLN-DB<br><br>**ORDER RE COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC'S REQUEST TO SEAL DOCUMENTS RE ITS MOTIONS FOR SUMMARY JUDGMENT** |
| COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, a Delaware limited liability company,<br>                Counterclaimant,<br>vs.<br>CLEAR CONNECTION CORPORATION, a California corporation, CLEAR CONNECTION, LLC, an Arizona limited liability company, and KURK MOODY, an individual,<br>                Counterdefendants. | |

Having read and considered Defendant Comcast Cable Communications Management, LLC's ("Comcast") Request to Seal Documents Re Its Motions for Summary Judgment, the Court finds compelling reasons to grant the Request.

IT IS HEREBY ORDERED that Comcast's Request to Seal Documents Re Its Motions for Summary Judgment is GRANTED and the following documents shall be filed under seal:

With respect to Comcast Cable Communications Management, LLC's Notice of Motion and Motion for Summary Judgment:

1. Portions of Comcast's Memorandum of Points and Authorities in Support of Its Motion for Summary Judgment referencing information that has been designated "Confidential" under the Stipulated Protective Order.

2. Portions of Comcast's Statement of Undisputed Facts in Support of Its Motion for Summary Judgment referencing information that has been designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" under the Stipulated Protective Order.

3. Exhibits 15, 17-20, 24-27, 30, and 33-38 to the Affidavit of Brian C. Rocca In Support of Comcast's Motion for Summary Judgment.

With respect to Comcast Cable Communications Management, LLC's Notice of Its Motion and Motion for Summary Judgment on Counterclaims:

4. Portions of Comcast's Memorandum of Points and Authorities in Support of Its Motion for Summary Judgment on Counterclaims referencing information that has been designated "Confidential" under the Stipulated Protective Order.

5. Portions of Comcast's Statement of Undisputed Facts in Support of Its Motion for Summary Judgment on Counterclaims referencing information that has been designated "Confidential" under the Stipulated Protective Order.

6. Exhibits 7-8, 10-12, 14-16, and 20 to the Affidavit of Daryl S. Landy in Support of Comcast's Motion for Summary Judgment on Counterclaims.

7. Portions of the Affidavit of Meghan Bishop in Support of Comcast's Motion for Summary Judgment on Counterclaims referencing information that has been designated

"Confidential" under the Stipulated Protective Order.

8. Exhibits A and B to the Affidavit of Meghan Bishop in Support of Comcast's Motion for Summary Judgment on Counterclaims.

9. Portions of the [Proposed] Order Granting Counterclaimant Comcast's Motion for Summary Judgment on Counterclaims referencing information that has been designated "Confidential" under the Stipulated Protective Order.

IT IS SO ORDERED.

Dated: January 19, 2017

Troy L. Nunley
United States District Judge