1  RADOSLOVICH | PARKER | TURNER, PC
   Frank M. Radoslovich  SBN 161457
2  Email: frank@rptlaw.com
   Joseph F. Klatt        SBN 258110
3  Email: joseph@rptlaw.com
   Ryan Maas              SBN 243498
4  Email: ryan@rptlaw.com
   701 University Avenue, Suite 100
5  Sacramento, CA 95825
   Telephone:  (916) 565-8161
6  Facsimile:  (916) 565-8170

7  (Additional Counsel listed on following page)

8  Attorneys for Plaintiff and Counter-defendants
   CLEAR CONNECTION CORPORATION, et al.

9

10

11             UNITED STATES DISTRICT COURT

12             EASTERN DISTRICT OF CALIFORNIA

13 | CLEAR CONNECTION CORPORATION, a | Case No.: 2:12-CV-02910-TLN-DB
14 | California corporation,
                                     | **STIPULATION AND ORDER RE**
15 |              Plaintiff,          | **MODIFICATION OF BRIEFING**
                                     | **SCHEDULE AND CONTINUANCE OF**
16 | v.                               | **SUMMARY JUDGMENT HEARING**

17 | COMCAST CABLE COMMUNICATIONS      | **First Amended**
   | MANAGEMENT, LLC, a Delaware       | **Complaint Filed:**   December 24, 2013
18 | limited liability company; and
   | DOES 1 through 30, inclusive,     | **Complaint Filed:**   August 6, 2012
19 |
20 |              Defendants.

21 | COMCAST CABLE COMMUNICATIONS
   | MANAGEMENT, LLC, a Delaware
22 | limited liability company,

23 |              Counterclaimant,

24 | v.

25 | CLEAR CONNECTION CORPORATION, a
   | California corporation, CLEAR
26 | CONNECTION, LLC, an Arizona Limited
   | company, EUGENE STANLEY, an
27 | individual, and KURK MOODY, an
   | individual,
28 |
   |              Counter-defendants.

1

**STIPULATION AND ORDER RE MODIFICATION OF BRIEFING SCHEDULE AND
CONTINUANCE OF SUMMARY JUDGMENT HEARING**

DARYL S. LANDY, State Bar No. 136288
MORGAN, LEWIS & BOCKIUS LLP
600 Anton Boulevard, Suite 1800
Costa Mesa, CA  92626
Tel:  714.830.0600
Fax:  714.830.0700
Email:  daryl.landy@morganlewis.com

BRIAN C. ROCCA, State Bar No. 221576
SUJAL J. SHAH, State Bar No. 215230
NITIN JINDAL, State Bar No. 257850
KATIE R. GLYNN, State Bar No. 300524
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
Email:  brian.rocca@morganlewis.com
          sujal.shah@morganlewis.com
          nitin.jindal@morganlewis.com
          katie.glynn@morganlewis.com

Attorneys for Defendant and Counterclaimant,
COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC

Plaintiff and Counter-defendant Clear Connection Corporation and Counter-defendants Clear Connection, LLC and Kurk Moody (collectively, "Clear Connection") and Defendant and Counterclaimant Comcast Cable Communications Management, LLC ("Comcast"), by and through their respective counsel of record, hereby submit the following stipulation and proposed order pursuant to Local Rules 143(b), 144 and 230(f).  The stipulation and proposed order relates to the briefing and hearing schedule for Comcast's motions for summary judgment.  *See* Dkt Nos. 97 (MSJ) and 103 (MSJ re counterclaims).  No other extensions have been obtained by the parties as to this particular matter.  As set forth below, this stipulation seeks a continuance of the summary judgment hearing by one month and certain modifications to the briefing schedule, but will not impact any other case deadlines.

**BRIEF JOINT STATEMENT**

Comcast filed two motions for summary judgment on January 12, 2017, based on the deadlines set forth in the Pretrial Scheduling Order.  Dkt. No. 76.  In light of the February 9,

2017 hearing date, Clear Connection would have thirteen (13) days to prepare and file briefs in opposition to the two motions. Soon after the filing of Comcast's motions, counsel for the parties met and conferred to discuss a modified briefing schedule relating to the motions. More specifically, counsel for Clear Connection requested, and Comcast does not oppose, reasonable modifications to the schedule to provide sufficient time for Clear Connection to file its briefs in opposition. The parties agree that a reasonable extension of the briefing schedule will provide Clear Connection with a full and fair opportunity to respond simultaneously to both summary judgment motions. Clear Connection also notes that it deposed Comcast's economic expert two days before Comcast filed its motions and only recently received the transcript from that deposition. Based on the foregoing circumstances, Comcast agreed to a reasonable extension, with the understanding that it would receive a one-week extension for its briefs in reply.

## STIPULATION AND REQUEST FOR RELIEF

THEREFORE, the Parties, by and through their respective counsel of record, hereby stipulate, subject to Court approval, as follows:

1. The hearing date for Comcast's motions for summary judgment shall be continued from **February 9, 2017** to **March 9, 2017**.

2. Clear Connection's two (2) oppositions shall be due on **February 16, 2017**.

3. Comcast's two (2) replies shall be due on **March 2, 2017**.

4. All other deadlines ordered by the Court in its May 18, 2016 Pretrial Scheduling Order shall remain the same.

Stipulated to and approved by:

Dated: January 19, 2017            RADOSLOVICH | PARKER | TURNER, PC
                                   JOSEPH F. KLATT


                                   */s/  Joseph F. Klatt* [authorized on 1/19/17]
                                   Attorney for Plaintiff and Counter-defendant,
                                   CLEAR CONNECTION CORPORATION

Dated: January 19, 2017                    MORGAN, LEWIS & BOCKIUS, LLP
                                           BRIAN C. ROCCA


                                           */s/ Brian C. Rocca* [authorized on 1/18/17]
                                           Attorney for Defendant and Counterclaimant,
                                           COMCAST   CABLE   COMMUNICATIONS
                                           MANAGEMENT, LLC

**IT IS SO ORDERED.**

Dated: January 19, 2017

                                           _____
                                           Troy L. Nunley
                                           United States District Judge