UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEAR CONNECTION CORPORATION, a California corporation,<br><br>           Plaintiff,<br><br>v.<br><br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, a Delaware limited liability company; and DOES 1 through 30, inclusive,<br><br>           Defendants.<br>_____<br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, a Delaware limited liability company,<br><br>           Counterclaimant,<br><br>v.<br><br>CLEAR CONNECTION CORPORATION, a California corporation, CLEAR CONNECTION, LLC, an Arizona Limited company, EUGENE STANLEY, an individual, and KURK MOODY, an individual,<br><br>           Counter-defendants. | No.: 2:12-cv-02910-TLN-CKD<br><br>**ORDER RE PLAINTIFF AND COUNTER-DEFENDANTS' REQUEST TO SEAL DOCUMENTS RE OPPOSITION TO SUMMARY JUDGMENT** |

1

Having read and considered Plaintiff/Counter-defendant Clear Connection Corporation ("Clear Corp") and Counter-defendants Clear Connection, LLC and Kurk Moody's Request to Seal Documents Re Opposition to Summary Judgment, the Court finds compelling reasons to grant the Request.

IT IS HEREBY ORDERED that the Request to Seal Documents Re Opposition to Summary Judgment is GRANTED and the following documents shall be filed under seal:

With respect to Comcast Communications Management, LLC's ("Comcast") Motion for Summary Judgment on Clear Corp's Claims:

1. Portions of Clear Corp's Memorandum of Points and Authorities in Opposition to Summary Judgment referencing information that has been designated "Confidential" under the Stipulated Protective Order.

2. Portions of Clear Corp's Response to Statement of Undisputed Facts and Statement of Disputed Facts referencing information that has been designated "Confidential" under the Stipulated Protective Order.

3. Exhibits A-P to the Declaration of Joseph F. Klatt in support of Opposition to Summary Judgment.

With respect to Comcast's Motion for Summary Judgment on Comcast's Counterclaims:

1. Portions of Counter-defendants' Memorandum of Points and Authorities in Opposition to Summary Judgment referencing information that has been designated "Confidential" under the Stipulated Protective Order.

2. Portions of Clear Corp's Response to Statement of Undisputed Facts and Statement of Disputed Facts referencing information that has been designated "Confidential" under the Stipulated Protective Order.

3. Portions of the Declaration of Michele Z. Stevenson referencing information that has been designated "Confidential" under the Stipulated Protective Order.

4. Exhibit A to the Declaration of Michele Z. Stevenson

/ / /

/ / /

5. Exhibit E to the Declaration of Joseph F. Klatt in support of Opposition to Summary Judgment on the Counterclaims

IT IS SO ORDERED.

Dated: February 27, 2017

    Troy L. Nunley
    United States District Judge