UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEAR CONNECTION CORPORATION, a California Corporation,<br>　　　　　　　Plaintiff,<br>　vs.<br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, a Delaware limited liability company; and DOES 1 through 30, inclusive,<br>　　　　　　　Defendants.<br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, a Delaware limited liability company,<br>　　　　　　　Counterclaimant,<br>　vs.<br>CLEAR CONNECTION CORPORATION, a California corporation, CLEAR CONNECTION, LLC, an Arizona limited liability company, and KURK MOODY, an individual,<br>　　　　　　　Counterdefendants. | No. 2:12-cv-02910-TLN-DB<br><br>**ORDER RE COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC'S REQUEST TO SEAL DOCUMENTS RE ITS REPLIES IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT** |

Having read and considered Defendant Comcast Cable Communications Management, LLC's ("Comcast") Request to Seal Documents Re Its Motions for Summary Judgment, the Court finds compelling reasons to grant the Request.

IT IS HEREBY ORDERED that Comcast's Request to Seal Documents Re Its Motions for Summary Judgment is GRANTED and the following documents shall be filed under seal:

1. Portions of Comcast's Reply in Support of Its Motion for Summary Judgment referencing information that has been designated "Confidential" under the Stipulated Protective Order.

2. Portions of Comcast's Reply to Clear Connection Corporation's Response to Comcast's Statement of Undisputed Facts in Support of Its Motion for Summary Judgment referencing information that has been designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" under the Stipulated Protective Order.

3. Portions of Comcast's Reply in Support of Its Motion for Summary Judgment on Counterclaims referencing information that has been designated "Confidential" under the Stipulated Protective Order.

4. Portions of Comcast's Reply to Clear Connection Corporation's Response to Comcast's Statement of Undisputed Facts in Support of Its Motion for Summary Judgment on Counterclaims referencing information that has been designated "Confidential" under the Stipulated Protective Order.

5. Exhibit 26 to the Affidavit of Brian C. Rocca in Support of Comcast's Reply in Support of Its Motion for Summary Judgment.

IT IS SO ORDERED.

Dated: March 6, 2017

Troy L. Nunley
United States District Judge

1