1 | FRANK M. RADOSLOVICH, State Bar No. 161457
JOSEPH F. KLATT, State Bar No. 258110
2 | RADOSLOVICH | PARKER TURNER, PC
701 University Avenue, Suite 100
3 | Sacramento, CA 95825
Telephone: 916.565.8161
4 | Facsimile: 916.565.8170
Email: joseph@rptlaw.com

Attorneys for Plaintiff and Counterdefendant
CLEAR CONNECTION CORPORATION
and Counterdefendants CLEAR CONNECTION, LLC
and KURK MOODY

BRIAN C. ROCCA, State Bar No. 221576
SUJAL J. SHAH, State Bar No. 215230
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
Email: brian.rocca@morganlewis.com

Attorneys for Defendant and Counterclaimant
COMCAST CABLE COMMUNICATIONS
MANAGEMENT, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEAR CONNECTION CORPORATION, a California Corporation,<br>　　　　　Plaintiff,<br>　　　vs.<br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, a Delaware limited liability company; and DOES 1 through 30, inclusive,<br>　　　　　Defendants. | Case No. 2:12-cv-02910-TLN-DB<br><br>**STIPULATION AND ORDER VACATING PRETRIAL DEADLINES AND TRIAL DATE** |
| COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, a Delaware limited liability company,<br>　　　　　Counterclaimant,<br>　　　vs.<br>CLEAR CONNECTION CORPORATION, a California corporation, CLEAR CONNECTION, LLC, an Arizona limited liability company, and KURK MOODY, an individual,<br>　　　　　Counterdefendants. | FAC Filed:　　　December 24, 2013<br><br>Complaint Filed:　August 6, 2012 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. 2:12-cv-02910-TLN-DB
STIPULATION AND ORDER VACATING PRETRIAL DEADLINES AND TRIAL DATE

Plaintiff and Counterdefendant Clear Connection Corporation and Couterdefendants Clear Connection, LLC and Kurk Moody (collectively, "Clear Connection"), and Defendant and Counterclaimant Comcast Cable Communications Management, LLC ("Comcast"), by and through their respective counsel of record, hereby submit the following stipulation and proposed order regarding a stay of the pretrial deadlines set in the Court's Pretrial Scheduling Order (Dkt. No. 76). No other extensions have been obtained as to these pretrial deadlines.

## BRIEF JOINT STATEMENT

Comcast filed a Motion for Summary Judgment (Dkt. No. 97) and Motion for Summary Judgment on Counterclaims (Dkt. No. 103) on January 12, 2017 (collectively, the "Motions"). Clear Connection filed its Oppositions to the Motions on February 16, 2017 (Dkt Nos. 117; 123) and Comcast filed its Reply Briefs on March 2, 2017 (Dkt. Nos. 140; 143). On March 3, 2017, the Court issued a minute order (Dkt No. 146) taking the Motions under submission. In the interest of efficiency, and to minimize the burden on judicial and party resources while dispositive motions are pending, the parties agree there is good cause to vacate the current pretrial schedule until after the Court issues an order on the Motions.

## STIPULATION AND REQUEST FOR RELIEF

THEREFORE, the parties, by and through their respective counsel of record, hereby stipulate, subject to Court approval, that all pretrial deadlines, including the Final Pretrial Conference scheduled for May 18, 2017, and the trial date, be vacated until the Court rules on Comcast's Motions and, if needed, issues an amended Pretrial Scheduling Order.

Dated: May 2, 2017                           MORGAN, LEWIS & BOCKIUS LLP

By /s/ *Brian C. Rocca*
    Brian C. Rocca

Attorney for Defendant and Counterclaimant
COMCAST CABLE COMMUNICATIONS
MANAGEMENT, LLC

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1                    Case No. 2:12-cv-02910-TLN-DB
STIPULATION AND ORDER VACATING PRETRIAL DEADLINES AND TRIAL DATE

| | | |
|---|---|---|
| Dated: May 2, 2017 | | RADOSLOVICH PARKER TURNER, PC |

By /s/ *Joseph F. Klatt* (as authorized on 5/1/2017)
Joseph F. Klatt

Attorneys for Plaintiff and Counterdefendant
CLEAR CONNECTION CORPORATION

**IT IS SO ORDERED.**

Dated: May 4, 2017

_____
Troy L. Nunley
United States District Judge

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

2     Case No. 2:12-cv-02910-TLN-DB
STIPULATION AND ORDER VACATING PRETRIAL DEADLINES AND TRIAL DATE